UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| JAMIE FAUGHNAN,  )<br>  )<br>    Plaintiff,  )<br>  )  Case No. 1:18-cv-03831-TWP-MPB<br>v.  )<br>  )<br>LIFE INSURANCE COMPANY OF NORTH  )<br>AMERICA,  )<br>  )<br>    Defendant.  ) | |

## ORDER

THIS CAUSE coming to be heard on the parties' Stipulation for Dismissal, and the Court being fully advised in the premises,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that this matter is hereby dismissed in its entirety with prejudice, each party to bear their own costs.

SO ORDERED.

Date: 5/28/2019

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:

All electronically registered counsel of record via CM/ECF